In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00462-CV
_____

JAMES EARL TIMMONS, Appellant

V.

MEKKO LYNN TIMMONS, Appellee

On Appeal from the 279th District Court
Jefferson County, Texas
Trial Cause No. F-218,638

**MEMORANDUM OPINION**

On November 20, 2013, we notified the parties that the appeal would be dismissed for want of prosecution unless arrangements were made for filing the record or the appellant explained why additional time was needed to file the record. The appellant did not respond to the Court's notice. The appellant did not file an affidavit of indigence and is not entitled to proceed without payment of costs. See Tex. R. App. P. 20.1. There being no satisfactory explanation for the

1

failure to file the record, the appeal is dismissed for want of prosecution. Tex. R. App. P. 37.3(b); Tex. R. App. P. 42.3.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Opinion Delivered January 16, 2014

Before McKeithen, C.J., Horton and Johnson, JJ.